

Exhibit 15 - 1 Page